```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 06 B 11162
   VIRGINIA M PARKER
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY

         Debtor
   SSN XXX-XX-2141

----------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
----------------------------------------------------------------------
     The case was filed on 09/07/2006 and was confirmed 11/16/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 07/24/2008.
----------------------------------------------------------------------
CREDITOR NAME               CLASS           CLAIM AMOUNT     INTEREST        PRINCIPAL
                                                              PAID             PAID
----------------------------------------------------------------------
COMCAST                     UNSECURED        NOT FILED           .00             .00
COMCAST                     UNSECURED        NOT FILED           .00             .00
COMMONWEALTH EDISON         UNSECURED        NOT FILED           .00             .00
FINANCIAL ASSET MANAGEME    UNSECURED        NOT FILED           .00             .00
FORD MOTOR CREDIT CORPOR    SECURED NOT I         .00            .00             .00
LIGHTHOUSE FINANCIAL GRO    SECURED VEHIC    2692.19          77.83          2692.19
LINDA ASKEW                 NOTICE ONLY      NOT FILED           .00             .00
NCO FIN/55                  UNSECURED        NOT FILED           .00             .00
NICOR GAS                   UNSECURED        NOT FILED           .00             .00
OPTION ONE MORTGAGE         NOTICE ONLY      NOT FILED           .00             .00
PROVINCETOWN                UNSECURED        NOT FILED           .00             .00
ROUNDUP FUNDING LLC         UNSECURED        2209.39             .00         1068.60
ROUNDUP FUNDING LLC         UNSECURED         322.50             .00          155.99
OPTION ONE MORTGAGE         CURRENT MORTG         .00            .00             .00
OPTION ONE MORTGAGE         MORTGAGE ARRE         .00            .00             .00
COOK COUNTY TREASURER       SECURED               .00            .00             .00
ROBERT J SEMRAD & ASSOC     DEBTOR ATTY     2,634.00                         2,634.00
TOM VAUGHN                  TRUSTEE                                            434.37
DEBTOR REFUND               REFUND                                                .00

         Summary of Receipts and Disbursements:
----------------------------------------------------------------------
                    RECEIPTS            DISBURSEMENTS
----------------------------------------------------------------------
TRUSTEE             7,062.98

PRIORITY                                         .00
SECURED                                     2,692.19
   INTEREST                                    77.83
UNSECURED                                   1,224.59
ADMINISTRATIVE                              2,634.00
TRUSTEE COMPENSATION                          434.37

                PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 06 B 11162 VIRGINIA M PARKER
```

```
DEBTOR REFUND                                                      .00
                                             ----------------   ----------------
TOTALS                                              7,062.98           7,062.98
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
     Dated: 10/29/08                _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE